UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-158-MOC

| | |
|---|---|
| **SHANRIQUA HENDERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **VIRGINIA HAWK, ET AL.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** having come before the Court on Plaintiff's Motion to Dismiss Without Prejudice. (Doc. No. 11),

Plaintiff's motion is **GRANTED**, and this matter is dismissed without prejudice.

**IT IS SO ORDERED**.

Signed: August 5, 2024

Max O. Cogburn Jr
United States District Judge