UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-158-MOC

| | | |
|---|---|---|
| **SHANRIQUA HENDERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **VIRGINIA HAWK, et al.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Reconsideration of this Court's prior Order (Doc. No. 15) granting Plaintiff's motion for a voluntary dismissal. (Doc. No. 11). Plaintiff now asks for the Court to reconsider the dismissal and allow her to proceed with this action.

Plaintiff's Motion for Reconsideration (Doc. No. 15) will be **GRANTED**. However, Plaintiff's original Complaint fails to state a cognizable claim. Plaintiff does not allege sufficient facts to indicate to the Court what she is complaining about, and she simply cites numerous federal statutes and laws as her purported jurisdiction.

**Therefore, the Court will allow Plaintiff thirty days in which to submit an Amended Complaint, in which she must allege her specific facts and claims, including why this Court has jurisdiction to address her claims.**

**Plaintiff is warned that if she does not file an Amended Complaint within thirty days of entry of this Order, the Court may dismiss this action without prejudice and without further notice to Plaintiff.**

**The Clerk is respectfully instructed to reopen this action.**

1

Signed: August 27, 2024

Max O. Cogburn Jr
United States District Judge